UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VITALY ZAKOUTO,<br><br>        Petitioner,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>        Respondents. | Case No. 3:17-cv-00046-LRH-VPC<br><br>**JOINT PROPOSED SCHEDULING ORDER** |

Petitioner Vitaly Zakouto, by attorney Jonathan M. Kirshbaum, and Respondents Isidro Baca, *et al.*, by attorney Michael J. Bongard, jointly submit this proposed scheduling order, as required by order of this court. ECF Nos. 6, 11. The parties met and conferred by telephone on January 25, 2018, and agree to the following briefing schedule:

Petitioner will file a motion addressing how they wish to proceed in this case within 30 days of the entry of this stipulation. Respondents will file their response to the motion within 30 days. If respondents oppose petitioner's motion, petitioner may file a reply within 14 days from the filing of the opposition.

Dated this 29th day of January, 2018.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES | ADAM PAUL LAXALT |
| Federal Public Defender | Attorney General |
| */s/ Jonathan M. Kirshbaum* | */s/ Michael J. Bongard* |
| JONATHAN M. KIRSHBAUM | MICHAEL J. BONGARD |
| Assistant Federal Public Defender | Deputy Attorney General |

**IT IS SO ORDERED.**

DATED this 29th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE